

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2017

No. 04-17-00451-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On August 2, 2017, Relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on August 4, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.